**John Prather, Esq.**
**5864 N. 83rd Street**
**Scottsdale, AZ 85250**
**Telephone: 480-296-1507**
**Email: johnprather1@cox.net**

*Attorney for Plaintiff*
*Elaine Heinz*

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | |
|---|---|
| **ELAINE HEINZ,** | Case No.: |
| Plaintiff, | **CIVIL COMPLAINT** |
| vs. | **AND** |
| **MIDLAND FUNDING, LLC AND BLATT, HASENMILLER, LEIBSKER & MOORE, LLC,** | **JURY TRIAL DEMAND** |
| Defendants. | |

### CIVIL COMPLAINT AND JURY TRIAL DEMAND

Plaintiff, Elaine Heinz, on behalf of herself (hereinafter "Plaintiff"), by and through her undersigned attorney, alleges against Midland Funding, LLC (hereinafter "Midland") and Blatt, Hasenmiller, Leibsker & Moore, LLC (hereinafter "BHLM"), (collectively "Defendants") as follows:

### PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of 15 U.S.C. § 1692, *et seq.*, the Fair Debt Collection Practices Act (hereinafter "FDCPA"), which

prohibits debt collectors from engaging in abusive, deceptive and unfair practices, brought by Elaine Heinz.

## JURSIDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k (d).

3. Venue is proper in this district under 28 U.S.C § 1391(b).

## PARTIES

4. Plaintiff, Elaine Heinz, is a natural person, who at all relevant times has resided in the city of Tucson, Pima County, State of Arizona, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

5. Midland is a debt collection company and does business in the State of Arizona, with its corporate mailing address as 2365 Northside Drive, Suite 300 San Diego, CA 92108, and is a "debt collector" as defined by 15 U.S.C § 1692a(6).

6. BHLM is a law firm and does business in the State of Arizona, with its corporate mailing address as 10 S. LaSalle St., Suite 2200, Chicago, IL 60603-1069, and is a "debt collector" as defined by 15 U.S.C § 1692a(6).

## FACTUAL STATEMENT

7. At all times relevant to this litigation, both Defendants have engaged in a course of collection activity aimed at the collection of an alleged debt due and owing from Plaintiff.

8. The debt upon which the Defendants sought collection originated with Synchrony Bank ("Subject Debt"), a line of credit utilized for Plaintiff's own personal and/or household use, and thus is a "debt" as the term is defined by 15 U.S.C § 1692a(6).

9. The contract underlying the Subject Debt was executed in the state of Arizona, where Plaintiff currently lives and has lived at all times relevant.

10. At some point in time not relevant to this litigation, Plaintiff fell behind in her financial obligations on the Subject Debt.  Plaintiff disputes the alleged amount due and owing on the Subject Debt.  Midland, through their counsel of record BHLM, eventually filed suit for the recoupment of the Subject Debt ("State Action").

11. The State Action against Plaintiff was filed in Cook County, Illinois, on or about April 18, 2017.  Plaintiff has never lived in Cook County, or anywhere in the state of Illinois.

12. Plaintiff learned of the State Action through her son, who lives in Cook County, Illinois and was served with the initiating documents at his home address.

### COUNT I
### VIOLATIONS OF THE FAIR DEBT COLECTIONS PRACTICES ACT
### 15 U.S.C. §1692, *et seq.*
*(As to both Defendants)*

13. Plaintiff repeats and realleges the allegations contained in paragraphs (1) through (12) above and incorporates them with the same force and effect as if set forth specifically herein.

14. Plaintiff was sued by Midland, through their counsel of record BHLM, on or about April 17, 2017, for recoupment of the Subject Debt in the State Action.

15. The State Action was filed in Cook County, Illinois.

16. The contract underlying the Subject Debt was executed in the state of Arizona. All purchases which comprise the current, alleged balance due and owing on the Subject Debt, were made in the state of Arizona.

17. Plaintiff disputes the alleged amount due and owing on the Subject Debt.

18. Plaintiff has never resided in the state of Illinois.

19. By virtue of filing the State Action in Cook County, Illinois, through their counsel of record BHLM , Defendant Midland has violated 15 U.S.C. §1692i(a)(2)(A)&(B), wherein it is prohibited for a debt collector to initiate an action in a judicial district in which the consumer does not reside, or a judicial district other than the one in which the contract was signed.

20. Plaintiff does not reside in Cook County, Illinois; the contract was not signed in Cook County, Illinois; the Defendants have initiated suit in Cook County, Illinois; Plaintiff has been damaged and is entitled to relief.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triabal.

## RELIEF

WHEREFORE, Plaintiff, Elaine Heinz, requests that this Court enter judgment against the Defendants, and on behalf of Plaintiff for the following:

A. That an order be entered declaring the Defendants' actions, as described above, both separately and distinctly, in violation of the FDCPA;

B. That judgment be entered against the Defendants, both separately and distinctly, for actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

C. That judgment be entered against the Defendants, both separately and distinctly, for statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A) and (B);

D. That the Court award costs and reasonable attorney's fees against Defendants, both separately and distinctly, pursuant to 15 U.S.C. § 1692k(a)(3);

E. That the Court grant such other and further relief as may be just and proper.

*Rest of page intentionally left blank*
*Signature page to follow*

Dated: August 28, 2017

    Respectfully Submitted,

    <u>s/ John Prather</u>                    /
John Prather, Esq.
5864 N. 83rd Street
Scottsdale, AZ 85250
Telephone: 480-296-1507
Email: johnprather1@cox.net

*Attorney for Plaintiff*
*Elaine Heinz*

Of Counsel to the Firm:
Law Offices of Michael Lupolover
120 Sylvan Avenue, Suite 303
Englewood Cliffs, NJ 07632
Telephone: 201-461-0059
Facsimile: 201-608-7116
Email: DPF@lupoloverlaw.com